**PAMELA CROWDER-ARCHIBALD, ESQ.**
Two Renaissance
40 N. Central Ave., 14th Floor
Phoenix, AZ 85004
(Attorney No. 016442)
Attorney for Debtors
(602) 439-1052

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:
JOHN BLASI ) Chapter 13
)
) NO.2:10-bk-16831-GBN
Debtor )
) AMENDED
) **RESPONSE TO MOTION**
) **TO OBJECTION TO PROPERTY**
) **CLAIMED EXEMPT**
)
_____)

Debtor, JOHN BLASI, by and through his undersigned counsel, hereby Responds to the Motion to Objection to Property Claimed Exempt, and agrees to withdraw the excessive money in debtor's bank account as exemption, and agrees to amend the schedules.

Dated this, 7th, September, 2010

/s/ Pam Crowder-Archibald

The Law Offices of Pam Crowder-Archibald, Esq.
Pam Crowder-Archibald, Esq.
Two Renaissance
40 N. Central Ave., 14th Floor
Phoenix, AZ 85004
(Attorney No. 016442)
Attorney for Debtor
(602) 439-1052

Copy emailed this 7 day of September, 2010


Scott Lieske
3838 N. Central Ave., Ste 800
Phoenix, AZ 85012
Attorney for Chapter 13 Trustee, Russell Brown